CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/8/2018
JULIA C. DUDLEY, CLERK
BY:   s/ CARMEN AMOS
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| MARY A. DIGGS, | |
| *Plaintiff,* | CASE NO. 6:17-cv-00026 |
| v. | |
| WAL-MART STORES INC., *ET AL.,* | ORDER |
| *Defendants.* | JUDGE NORMAN K. MOON |

In accordance with the accompany memorandum opinion, Defendants' motion for summary judgment is **GRANTED**.  This case is hereby **DISMISSED with prejudice**.  The Clerk is directed to close this case.

Entered this   8th   day of March, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE